UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
Renee Love,

                          03 **CIVIL 5809(KMK)**

          Plaintiff,         **JUDGMENT**

 -against-
New York State Office of Mental
Health,



         Defendant
- - - - - - - - - - - - - - - - - -X

    Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on February 26, 2008, having handed down its Opinion and Order (Document #51) granting Defendants motion for Summary Judgment as Plaintiff has presented no evidence from which a reasonable jury could find that Plaintiff's termination was a result of unlawful discrimination and ordered the Clerk of the Court to close this case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed.

Dated: White Plains, New York
      February 27, 2008

                                               *J. Michael McMahon*
                                                   Clerk

i:/judgment/love.809

                                                     E.O.D.